# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JENNIFER LIOTTA, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>WOLFORD BOUTIQUES, LLC<br><br>  Defendant. | Case No.: 1:16-cv-04634-MHC |

## NOTICE OF FILING

COMES NOW, Plaintiff Jennifer Liotta, on behalf of herself and all others similarly situated, by and through their undersigned attorney, and file the following:

- Supplemental Declaration of Jennifer M. Keough Regarding Administration of Notice Program.

Respectfully submitted this 9th day of November, 2018.

FRIED & BONDER, LLC

/s/ Scott L. Bonder
White Provision, Suite 305          Scott L. Bonder
1170 Howell Mill Road, NW           Georgia Bar No. 066815
Atlanta, Georgia 30318              Joseph A. White

1

Phone: (404) 995-8808                    Georgia Bar No. 754315
*Attorneys for Plaintiffs*               Matthew R. Kahn
                                         Georgia Bar No. 833443

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JENNIFER LIOTTA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WOLFORD BOUTIQUES, LLC<br><br>Defendant. | Case No.: 1:16-cv-04634-MHC |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served, this date, the within and foregoing *NOTICE OF FILING* with the Clerk of Court using the CM/ECF system which will automatically send to the following attorneys of record:

| | |
|---|---|
| Scott N. Sherman<br>Nelson Mullins Riley & Scarborough LLP<br>201 17th Street, N.W.<br>Suite 1700<br>Atlanta, GA 30363 | Joshua Briones, E. Crystal Lopez<br>Mintz Levin Cohn Ferris Glovsky<br>and Popeo P.C.<br>Century Plaza Towers 2029<br>Century Park East Suite 1370<br>Los Angeles, CA 90067 |

Respectfully submitted this 9th day of November, 2018.

*SIGNATURE ON NEXT PAGE*

|  |  |
|---|---|
|  | **FRIED & BONDER, LLC** |
|  | */s/ Scott L. Bonder* |
|  | Scott L. Bonder |
| White Provision, Suite 305 | Georgia Bar No. 066815 |
| 1170 Howell Mill Road, NW | Joseph A. White |
| Atlanta, Georgia 30318 | Georgia Bar No. 754315 |
| Phone: (404) 995-8808 | Matthew R. Kahn |
| *Attorneys for Plaintiffs* | Georgia Bar No. 833443 |

4