# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cv-04634-MHC
## Liotta v. Wolford Boutiques, LLC
## Honorable Mark H. Cohen

Minute Sheet for proceedings held In Open Court on 11/20/2018.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:30 A.M.
TIME IN COURT: 00:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Judith Wolff
CSO/DUSM: Terry McClain
DEPUTY CLERK: Lynn Beck

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Scott Bonder representing Jennifer Liotta<br>Scott Sherman representing Wolford Boutiques, LLC |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MOTIONS RULED ON: | [50]Motion for Miscellaneous Relief GRANTED<br>[50]Motion for Hearing GRANTED |
| MINUTE TEXT: | Final Hearing on Motion for Final Approval of Class Settlement, Preliminary Certification of Settlement Class and Approval of Class Notice was conducted. Parties presented statements regarding their position. Claims Administrator Jennifer Keough appeared telephonically. See transcript for details. Parties to present a proposed Consent Order to the Court after Thanksgiving holidays. |
| HEARING STATUS: | Hearing Concluded |