UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JENNIFER LIOTTA, on behalf of herself and all others similarly situated,<br>　　　　Plaintiff,<br><br>vs.<br><br>WOLFORD BOUTIQUES, LLC,<br>　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:16-CV-4634-MHC |

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of the Consent Motion for Final Approval of Class Settlement, and the court having **APPROVED** said motion, it is

**Ordered and Adjudged that** Wolford Boutiques, LLC ("Wolford") will compensate class members as set forth in the approved Settlement Agreement and that the Claims Administrator **SHALL** pay all validly submitted claims via electronic delivery of the electronic Gift Cards in accordance with the Settlement Agreement. Plaintiff's First Amended Class Action Complaint **DISMISSED WITH PREJUDICE.**

Dated at Atlanta, Georgia, this 30th day of November, 2018.

　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By:　s/ B. Walker
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 30, 2018
James N. Hatten
Clerk of Court

By:　s/ B. Walker
　　　Deputy Clerk